July 8, 15

COPY

Michael B. Johnson 12-15-00173-CR/241-0950-14
B.C. Unit 1992023
9601 Spur 591
Amarillo, Tx 79107-9606

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 15 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Katrina McClenny - Chief Deputy Clerk; Cathy Lusk - Clerk
Twelfth Court of Appeals; 1517 W. Front St. Ste 354
Tyler, Tx 75702

RE: PLEASE HELP! MENTALLY DISABLED; WRONGFUL CONVICTION - APPEAL; #241-0950-14: DENIAL OF DUE PROCESS - ILLEGAL & MALICIOUS; APPOINT COUNSEL IMMEDIATELY! I CANNOT DO IT MYSELF!! NEED ALL STAMP-FILED PRO-SE COURT DOCUMENTS & REPORTERS RECORD, ETC.! PLEASE EXPEDITE!! ALL MY RECORDS (PRO-SE) ILLEGALLY CONFISCATED @ CO JAIL. INDIGENT. - RAILROADED; COURTS HAS NO ACCOUNTABILITY!

DEAR CLERKS: (COURT)

I AM DISABLED; VICTIM OF AGGRAVATED MALICIOUS VIOLENT ASSAULT TO MY HEAD & BRAIN ON 27 NOV 11 (EPIDURAL HEMOTOMA) RESULTING IN TRAUMATIC HEAD & BRAIN SURGERY @ ETMC. I WAS VIOLENTLY ASSAULTED BY BILLY CLAY, EX-HUSBAND OF ALLEGED VICTIM STACIE B. I AM STILL RECOVERING FROM INITIAL ASSAULT & SUBSEQUENT SEVERAL ASSAULTS TO MY HEAD BY ALLEGED VICTIM, & UNTIL THEY WERE ILLEGALLY CONFISCATED @ COUNTY JAIL, HAD ETMC E.R. TRIAGE RECORDS OF ALL THESE! I NEED ALL THESE DOCUMENTS RETURNED @ ONCE - URGENT!! INCLUDING LETTERS TO THE COURT, IMPORTANT ADDRESSES & PH #s; FAMILY, WITNESSES, FRIENDS, COURT, LEGAL, PERSONAL, ETC.. ESPECIALLY URGENT ARE ALL THE STAMP-FILED COPIES OF MOTIONS I SUBMITTED, TO PROVE SUPPRESSED EVIDENCE, DENIED SUBPOENAS FOR NO LOGICAL REASON, DENIAL OF DEFENSE FORENSIC PSYCHOLOGISTS & VARIOUS SCIENTIFIC EVIDENCE; MANY OTHER MOTIONS (EXCULPATORY) @ ISSUE, MOTIONS FOR ETMC MENTAL HEALTH-TREATMENT & PRESCRIPTIONS, `STACIES' PRIORS, DENIED

MEANINGFUL ACCESS TO PROPER LAW LIBRARY, ETC.; I.E. - ENTIRE PRO-SE FILE: ILLE-GALLY & MALICIOUSLY!!

— GROUNDS FOR NEW TRIAL (* COURT - PROSECUTION )

— * COURT WITHHELD - DENIED EVIDENCE & DNA TESTING; COURT MISDIRECTED THE JURY; ACCUSED WAS DENIED (ANY) COUNSEL - EVEN STAND BY REFUSED FUNDAMENTAL - CRUCIAL HELP; SEVERAL MATERIAL CRUCIAL DEFENSE WITNESSES PREVENTED FROM TESTIFYING BY FORCE, FRAUD, TRICKERY &/OR EVIDENCE TENDING TO ESTABLISH THE INNOCENSE OF ACCUSED INTENTIONALLY WITHHELD PREVENTING ITS PRODUCTION @ TRIAL (RULE 21.3(c)); THE VERDICT IS CONTRARY TO THE LAW & EVIDENCE (RULE 21.3(b)) ILLEGAL SEARCH & SEIZURE (ALLEGED VICTIM NOT ON LEASE CONTRACT); JUDGE DENIED REASONABLE BOND (REDUCTION) & LAW LIBRARY; PROSECUTOR'S FALSE ACCUSATION OF '04 CONVICTION' - NO CONVICTION!; JUDGE RUSHED ME (ACCUSED) DURING SELECTION OF JURY; I (ACCUSED) HAVE BRAIN DAMAGE - DENIED ADEQUATE - (ANY) * PROPER & PROFESSIONAL MEDICAL & MENTAL HEALTH TREATMENT & PRESCRIPTION MEDICATION REGARDLESS OF MANY SUBMITTED STAMP-FILED MOTIONS. COURT WITHHELD EXCULPATORY EVIDENCE! COURT IGNORED - DENIED ALMOST 50 CRUCIAL MOTIONS! PROSECUTOR TWISTED FAVORABLE FACTS TO MAKE ME LOOK GUILTY: PHYSICIANS' EXCULPATORY TESTIMONY! PROSECUTION MINIMIZED MY VIOLENT TRAUMATIC HEAD & BRAIN SURGERY & AFFECTED MENTAL HEALTH & SUBSEQUENT ASSAULTS! PROSECUTION CALLED ME A LIAR IN FRONT OF JURY DURING TRIAL! JUDGE ACTED AS PROSECUTION! NO DISCRETIONARY REVIEW OF DENIED MOTIONS: ARBITRARY!! DENIAL OF EX-PARTE HEARINGS. ABUSIVE DISCRETION OF COURT. THE VERDICT WAS DECIDED BY LOT OR IN ANY MANNER OTHER THAN FAIR EXPRESSION OF OPINION BY JURORS (RULE 21.3(c)). DIGNITY OF THE U.S. GOV'T WILL NOT PERMIT CONVICTION OF ANY PERSON ON TAINTED TESTI-MONY! MOTION TO ADDUCE 'FACTS NOT IN RECORD'!

THIS FACILITY DENYING ME INDIGENT LEGAL SUPPLIES & LAW LIBRARY!

SINCERELY,

USAF VET

P.S.: SON MICHAEL [U.S. NAVY!] 903-749-2211 HELP! (LEGAL)